# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MONICA RODRIGUEZ,<br><br>　　　　　Defendant. | Case No. 14cr766-MMA<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 53] |

Upon due consideration of the applicable statutory factors, good cause appearing, the Court **GRANTS** Defendant Monica Rodriguez's unopposed motion and **ORDERS** that her remaining term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is filed.

**IT IS SO ORDERED**.

DATE: March 2, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge